IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **RONNY DALE TRANTHAM,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 5:17-cv-00095-RWS-CMC |
| | § | |
| **NANCY A. BERRYHILL,** | § | |
|     Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

The Court agrees with the Magistrate Judge's recommendation that the ALJ's Step Three analysis and residual functional capacity findings are not supported by substantial evidence. Specifically, the ALJ did not provide any explanation as to how or why Plaintiff does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 C.F.R. Part 404, Subpart P, Appendix 1, nor did the ALJ provide any explanation for discounting Dr. Mount's opinions. There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED AND REMANDED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order

is **VACATED**.

**SIGNED this 6th day of September, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE